UNITED STATES DISTRICT COURT DISTRICT
SOUTHERN DISTRICT OF FLORIDA

LUIS SIERRA,

                                      Case No. 16-CV-62990-WPD/Snow

       Plaintiff,

v.

MAA2 ENTERPRISE USA INC.,

       Defendants.

_____

**STIPULATION FOR APPROVAL AND ENTRY OF CONSENT DECREE
BETWEEN PLAINTIFF AND DEFENDANT
AND DISMISSAL OF CASE WITH PREJUDICE**

Plaintiff, LUIS SIERRA, and Defendants, MAA2 ENTERPRISE USA, INC. and HAIG & HAIG CONTRACTORS INC., by and through undersigned counsel, hereby move this court to approve and enter judgment on the Proposed Consent Decree annexed hereto as Exhibit A ("the Consent Decree").

Pursuant to Title III of the Americans with Disabilities Act this Court is authorized to enter a Consent Decree requiring a public accommodation to alter facilities to make such facilities readily accessible to and useable by individuals with disabilities to the extent required by Subchapter III of Chapter 126 of Title 42 of the United States Code. 42 USC §12188 (a), (2) 2000.

Wherefore, Plaintiff and Defendant respectfully request this Court to approve and enter judgment on the Consent Decree. Pursuant to *Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272 (11th Cir. 2012), the parties notify the Court that this dismissal with prejudice is contingent upon the Court retaining jurisdiction to enforce the terms of the Consent Decree and, therefore, the parties respectfully request that this Court retain jurisdiction for that limited purpose.

1

| Jessica L.Kerr, P.A. dba The Advocacy Group<br>*Attorneys for Plaintiff*<br>333 Las Olas Way<br>CU3, Suite 311<br>Fort Lauderdale, FL 33301<br>Tel: 954-282-1858<br><br><br>BY:   /s/ Jessica L. Kerr<br>Jessica Lynn Kerr<br>Florida Bar No. 92810<br>Email: service@advocacypa.com | Shapiro, Blasi, Wasserman & Hermann, P.A.<br>*Attorneys for Defendant*<br>7777 Glades Road,<br>Suite 400<br>Boca Raton, FL 33434<br>Tel: 561-477-7800<br>Fax: 561-477-7722<br><br>**By:** /s/Adam S. Chotiner<br>Adam S. Chotiner<br>Florida Bar No. _____<br>Email: aschotiner@sbwlawfirm.com |
|---|---|
|  | INTERNATIONAL LAW PARTNERS LLP<br>*Attorneys for Defendant*<br>2122 Hollywood Blvd.<br>Hollywood, FL 33020<br>Tel: (954) 374-7722<br>Fax: (954) 212-0170<br><br><br>**By:** /s/Yasir Billoo<br>Yasir Billoo, Esq.<br>Florida Bar No. 718351<br>ybilloo@intlawpartners.com |

## CERTIFICATE OF SERVICE

I certify that on March 7, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF and via email.

    */s/ Jessica L. Kerr*
    Jessica Lynn Kerr
    Florida Bar No. 92810

2