UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62990-CIV-DIMITROULEAS

LUIS SIERRA,

    Plaintiff,

vs.

MAA2 ENTERPRISE USA, INC.
d/b/a SUBWAY 3909, and HAIG &
HAIG CONTRACTORS, INC.,

    Defendants.
_____/

**ORDER GRANTING JOINT MOTION FOR
APPROVAL AND ENTRY OF CONSENT DECREE**

THIS CAUSE came before the Court on the Stipulation for Approval and Entry of Consent Decree and for Dismissal with Prejudice [DE 20], filed herein on March 7, 2017. The Court has carefully considered the Stipulation and being otherwise fully advised, it is

**ORDERED** and **ADJUDGED** as follows:

1. The Stipulation for Approval and Entry of Consent Decree and for Dismissal with Prejudice [DE 20] is **APPROVED**;

2. The Consent Decree attached to the Stipulation is hereby **APPROVED and ENTERED**, with the Court retaining jurisdiction over this matter for the purpose of enforcement of the Consent Decree.

3. This action is otherwise **DISMISSED WITH PREJUDICE**, with each party to bear their own fees and costs except as provided by the Consent Decree.

4.  The Clerk is directed to **CLOSE** this case. All pending motions are denied as moot.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida, this 7th day of March, 2017.

*William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record